**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 03-6117

---

VINCENT BARR,

Plaintiff - Appellant,

versus

WILLIAMSBURG COUNTY SHERIFF'S DEPARTMENT;
KELVIN WASHINGTON, Sheriff; G. F. PRESSLEY,
Jail Administrator; DAVID BRAYBOY, Chief
Security; FNU MCCRAY, Lieutenant; SAMANTHA
DOE, Shift Sergeant; JOHN DOE, Violating
Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Cameron M. Currie, District Judge.
(CA-02-167)

---

Submitted:  March 6, 2003          Decided:  March 17, 2003

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vincent Barr, Appellant Pro Se. Charles John Hupfer, Jr., WILLCOX,
BUYCK & WILLIAMS, P.A., Florence, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent Barr appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Barr v. Williamsburg County Sheriff's Dep't, No. CA-02-167 (D.S.C. filed Dec. 27, 2002; entered Jan. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED